AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| SERGIO LOPEZ-MARQUEZ | CASE NUMBER: 08CR1752-JAH |

I, _SERGIO LOPEZ-MARQUEZ_, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5/29/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer