```
KAREN P. HEWITT
United States Attorney
GREGORY F. NOONAN
Assistant U.S. Attorney
California State Bar No. *Pending*
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
619 557-5790   (Telephone)/619 557-5551 (Fax)
Email: gregory.noonan@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SERGIO LOPEZ-MARQUEZ,<br><br>　　　　　　Defendant. | Criminal Case No.   08-CR-1752-JAH<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　　　I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

　　　　I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

　　　　The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

　　　　1.　　None.

//

//

//

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

1.    None.

Please feel free to call me if you have any questions about this notice.

DATED: July 11, 2008.

                              KAREN P. HEWITT
                              United States Attorney

                              <u>s/Gregory F. Noonan</u>
                              GREGORY F. NOONAN
                              Assistant U.S. Attorney

Notice of Appearance                                                     08CR1752-JAH
United States v. Sergio Lopez-Marquez

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. | 08CR1752-JAH |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CERTIFICATE OF SERVICE | |
| v. | ) | | |
| | ) | | |
| SERGIO LOPEZ-MARQUEZ, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

IT IS HEREBY CERTIFIED THAT:

    I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated July 11, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

  1.   Charles L. Rees, Attorney for Defendant Sergio Lopez-Marquez.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 11, 2008.

                                                 s/Gregory F. Noonan
                                               GREGORY F. NOONAN
                                               Assistant U.S. Attorney

Notice of Appearance                                                             08CR1752-JAH
United States v. Sergio Lopez-Marquez